UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05759-SPG-DMK | Date | July 15, 2026 |
| Title | Amari Sams v. Warden Lepe | | |

| | |
|---|---|
| Present: The Honorable | Diana M. Kwok, United States Magistrate Judge |

| | |
|---|---|
| K. Lozada | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE**

On May 27, 2026, Petitioner Amari Sams, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus. ECF 1. On June 8, 2026, The Court notified Petitioner that his Petition was deficient for failure to pay the filing fee. ECF 2. The Court provided Petitioner with a Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P), and informed him that failure to respond within thirty days could result in dismissal of his case *Id*.

To date, Petitioner has neither paid the filing fee nor filed a request to proceed *in forma pauperis*.

Accordingly, Petitioner is hereby ORDERED to show cause in writing no later than August 17, 2026, why this case should not be dismissed for failure to pay the filing fee and prosecute this case. If Petitioner pays the filing fee by that date, this order will be discharged automatically, and no separate response is required.

**IT IS SO ORDERED.**