**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMARI SAMS,

Petitioner,

v.

WARDEN LEPE,

Respondent.

Case No. 2:26-cv-05759-SPG-DMK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (ECF No. 1), the Order to Show Cause (ECF No. 5), and the Report and Recommendation of the United States Magistrate Judge (ECF No. 6). No party has filed objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 6);
2. The Petition is DISMISSED without prejudice; and
3. Judgment is to be entered accordingly.

DATED: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE