JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMARI SAMS,

Petitioner,

v.

WARDEN LEPE,

Respondent.

Case No. 2:26-cv-05759-SPG-DMK

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE